# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.: 3:05CV416

| | |
|---|---|
| **MELANIE COLEMAN and** )<br>**TONISHA BROWN,** )<br>      **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**JOHNSON & HONSON, et al.,** )<br>      **Defendants.** )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Admission *Pro Hac Vice* for Attorneys Ray Chester, Amy Clark-Meachum and Stephanie E. Kaiser" (Document No. 6), filed September 28, 2005. Upon careful review and consideration, and noting that Mr. Chester, Ms. Clark-Meachum and Ms. Kaiser have already paid the admission fee to the Clerk of Court, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Motion for Admission *Pro Hac Vice* for Attorneys Ray Chester, Amy Clark-Meachum and Stephanie E. Kaiser" (Document No. 6) is **GRANTED**.

**Signed: October 6, 2005**

---
David C. Keesler
United States Magistrate Judge