IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MELANIE COLEMAN AND TONISHA BROWN, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHNSON & JOHNSON, JOHNSON & )<br>JOHNSON PHARMACEUTICAL )<br>RESEARCH & DEVELOPMENT, L.L.C., )<br>AND ORTHO-MCNEIL )<br>PHARMACEUTICAL, INC., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 3:05CV416-K<br><br><br><br><br><br><br>**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

This matter is before the Court upon Defendants' Motion for Admission of Robert C. Tucker *pro hac vice* to appear on behalf of and as co-counsel for the Defendants in this action in association with David N. Allen and John E. Grupp, members of the North Carolina Bar and the firm of Parker, Poe, Adams & Bernstein L.L.P.

It appears to the Court that there is just cause for granting the motion. It is therefore ORDERED that Robert C. Tucker is admitted *pro hac vice* to appear on behalf of and as co-counsel for the Defendants in this action. In accordance with LR 83.1(B), Mr. Tucker is directed to pay the admission fee of $100 to the Clerk of Court within ten days of the filing of this Order.

CLT 926760v1

**Signed: January 4, 2006**

_____
David C. Keesler
United States Magistrate Judge