IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| MELANIE COLEMAN AND TONISHA BROWN, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 3:05CV416-K |
| v. | ) ) ) | |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C., AND ORTHO-MCNEIL PHARMACEUTICAL, INC., | ) ) ) ) ) | **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |
| Defendants. | ) ) ) | |

This matter is before the Court upon Defendants' Motion for Admission of Julie A. Callsen *pro hac vice* to appear on behalf of and as co-counsel for the Defendants in this action in association with David N. Allen and John E. Grupp, members of the North Carolina Bar and the firm of Parker, Poe, Adams & Bernstein L.L.P.

It appears to the Court that there is just cause for granting the motion. It is therefore ORDERED that Julie A. Callsen is admitted *pro hac vice* to appear on behalf of and as co-counsel for the Defendants in this action. In accordance with LR 83.1(B), Ms. Callsen is directed to pay the admission fee of $100 to the Clerk of Court within ten days of the filing of this Order.

1

**Signed: January 4, 2006**

David C. Keesler
United States Magistrate Judge

2