# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05CV416

| | |
|---|---|
| MELANIE COLEMAN and TONISHA BROWN, </br></br> Plaintiffs, </br></br> v. </br></br> JOHNSON & JOHNSON, JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C., and ORTHO-McNEIL PHARMACEUTICAL, INC., </br></br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on its own motion regarding the Initial Pretrial Conference currently set in this matter for February 3, 2006. The undersigned spoke by telephone on this date with Patrick J. Fogarty and John E. Grupp, counsel for Plaintiffs and Defendants respectively, to discuss the status of this matter. Counsel confirmed that a Motion for Transfer of Actions for Coordinated or Consolidated Pretrial Proceedings is currently pending before the Judicial Panel on Multidistrict Litigation ("MDL Panel"). That motion was briefed on December 19, 2005, and oral argument was held before the MDL Panel on January 26, 2006. A decision is pending.

If the MDL Panel were to grant the motion and order coordinated pretrial proceedings, any scheduling order entered by this Court based upon the Initial Pretrial Conference now set for February 3, 2006 would be moot. Thus, in the interest of economy both to the parties and to the Court, the Initial Pretrial Conference currently set for February 3, 2006 will be postponed pending a decision from the MDL Panel. The parties are directed to inform the Court promptly as soon as

a decision has been received from the MDL Panel so that appropriate further action can be taken in the above-captioned matter.

**SO ORDERED**.

Signed: February 1, 2006

David C. Keesler
United States Magistrate Judge